IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM GLASPER, | 1:10-cv-0516-LJO-GSA (HC) |
| Petitioner, | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL |
| vs. | and |
| | DIRECTING CLERK TO SERVE |
| KATHLEEN ALLISON, | THE COURT OF APPEALS |
| Respondent. | (DOCUMENT #27) |

Petitioner is a prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On November 23, 2010, judgment was entered denying the petition for writ of habeas corpus. On December 28, 2010, petitioner filed a notice of appeal, a motion for certificate of appealability. On January 11, 2011, petitioner filed an application to proceed in forma pauperis. Examination of petitioner's application to proceed in forma pauperis reveals that petitioner is unable to afford the costs of an appeal. Accordingly, the application to proceed in forma pauperis on appeal is GRANTED. See 28 U.S.C. § 1915. **The Clerk is directed to serve a copy of this order on the Court of Appeals for the Ninth Circuit.**

IT IS SO ORDERED.

Dated:   **January 25, 2011**              /s/ Gary S. Austin
                                         UNITED STATES MAGISTRATE JUDGE